# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00547-CV

**City of Taylor, Texas and Mayor Dwayne Ariola, and Councilmembers Gerald Anderson, Shelli Cobb, Kelly Cmerek, Robert Garcia, and City Manager Bryan Laborde, all named in their Official Capacity, Appellants**

**v.**

**Kristopher Kibodeaux and Jamie Kibodeaux, Appellees**

### FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 24-1746-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

Counsel for appellants City of Taylor, Texas; Mayor Dwayne Ariola; Councilmembers Gerald Anderson, Shelli Cobb, Kelly Cmerek, and Robert Garcia; and City Manager Bryan Laborde, all named in their Official Capacity, have filed an unopposed motion to abate this appeal while the parties engage in settlement negotiations. We grant the motion and abate this appeal until further order of this Court. By October 14, 2025, the parties shall file either a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report accompanied by a motion to extend the abatement.

It is ordered on August 18, 2025.

Before Chief Justice Byrne, Justices Crump and Ellis

Abated

Filed: August 18, 2025